[No. 16283–7–I.   Division One.   December 22, 1986.]

LISA JO JOHNSON, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–05561–8, Herbert M. Stephens, J.,
entered March 11, 1985. *Affirmed* by unpublished opinion
per Durham, J. Pro Tem., concurred in by Noe and Revelle,
JJ. Pro Tem. Now published at 46 Wn. App. 701.

[No. 17088–1–I.   Division One.   December 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY
D. SUZZI, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–00409–1, Shannon Wetherall, J., entered
September 12, 1985. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Webster and Pekelis, JJ.

[No. 15842–2–I.   Division One.   December 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DEEANNA
MARIE PENOR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–02184–1, James J. Dore, J., entered
December 14, 1984. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Scholfield, C.J., and Williams,
J.

[No. 16820–7–I.   Division One.   December 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
SCOTT GOODMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–00045–1, Lloyd W. Bever, J., entered
July 10, 1985. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Williams and Pekelis, JJ.